# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-po-00015-GJR-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER C. CAVAGNARO,

    Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

    On April 21, 2008, the probation officer submitted a petition for early termination of probation in this case. On April 24, 2008, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on April 24, 2008, and the United States has not objected to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 27th day of May, 2008.

BY THE COURT:

_Gudrun J. Rice_
Gudrun J. Rice
United States Magistrate Judge